# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
### MINUTES - SENTENCING

Case No. **21-20219-CR-KING-002**     Date: August 10, 2022   Judge James Lawrence King
Defendant: **Jose Luis Ramos Rodriguez**   Defense counsel: Omar F.G. Johansson, Esq.
AUSA:   Yvonne Rodriguez-Schack         U.S. Probation: Ana Brzica

**JUDGMENT AND SENTENCE**

|       | YEARS | MONTHS | DAYS | TIME SERVED |
|-------|-------|--------|------|-------------|
| Count  I |       | 87     |      |             |

(**X**) Defendant given credit for time served as of 3/21/2021
( ) CONCURRENT each count ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
() Fine: (**X**) none imposed   -0-
() The court orders restitution
(**X**) Count remaining  dismissed  II
() Forfeiture Entered

**(X) SUPERVISED RELEASE**
**() PROBATION**

|        | YEARS |
|--------|-------|
| Counts  I | 5 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
() Home confinement for a period of
() CONCURRENT each count ( ) CONSECUTIVE () Employment and Self Employment Restriction
() Substance Abuse Treatment  () Financial Disclosure  () Permissible Search () Mental Health Treatment   () IRS Cooperation () Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines    () Return Passport to Defendant or his Counsel

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
() The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   FCI Miami, Florida
() The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- ■ The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty as to Count 1 of the Indictment
- ■ The Court hereby Adjudicates the defendant as to Count 1
- ■ Counsel for the defendant *ore tenus* Motion for the Court to Accept the Joint Recommendation of Downward Variance
- ■ The Court hereby Adopts & Grants the Joint Recommendation of the Downward Variance

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Francine Salopek